No. 610. SANDERS *v.* ALDREDGE, SHERIFF. January 8, 1940. Petition for writ of certiorari to the Supreme Court of Georgia, and motion for leave to proceed further *in*

*forma pauperis,* denied. *Mr. Joseph S. Crespi* for petitioner. No appearance for respondent.